UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON LAMONT STRIBLING,

    Plaintiff,

v.

J. LEWIS,

    Defendant.

No. 2:18-cv-0951-KJM-EFB P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 3, 2018, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 3, 2018, are adopted in full;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied; and

3. Plaintiff is ordered to pay the $400 filing fee within fourteen days from the date of this order and is warned that failure to do so will result in the dismissal of this action.

DATED: June 13, 2018.

_____
UNITED STATES DISTRICT JUDGE